Case 14-20014-TPA    Doc 103    Filed 01/09/15    Entered 01/09/15 16:39:46    Desc Main
Document    Page 1 of 1

FILED
1/9/15 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Hearing for January 8, 2015 at 2:00 p.m. (Ch. 11)**

14-20014 TPA    Natalia V. Zavodchikov    #82    Confirmation of Amended Ch. 11 Plan
                                                  #100 Obj. By Seterus, Inc.

Appearances:
Debtor:              Gary William Short
Seterus, Inc.:       James Protsko
PA Dept. of Revenue: Lawrence Palmer
U.S. Trustee:        Heather A. Sprague (No Appearance)

Short:    The Debtor's income has jumped. I can file a Motion for Cramdown. The real estate claims will be avoided. Class I, they are on board. The Motion to Modify relates to Class VIII.

Protsko:  The Objection was filed only as a cautionary measure.

OUTCOME:  Court to schedule a cramdown hearing.

/vas