IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

NATALIA V. ZAVODCHIKOV, : Case Number 14-20014-TPA
: Chapter 11
Debtor(s), :
: Related to Document Nos. 82, 83, and 84
:

## ORDER CONFIRMING PLAN

The *Amended Plan of Reorganization* ("Plan") under Chapter 11 of the Bankruptcy Code filed by the Debtor on November 22, 2014 at Document No. 82, and a summary thereof having been transmitted to creditors and equity security holders; and,

It having been determined, after hearing and notice, that the requirements for confirmation set forth in *11 U.S.C. §1129* have been satisfied:

*AND NOW*, this **17th** day of ***February, 2015***, it is hereby ***ORDERED, ADJUDGED and DECREED*** that:

(1) The Debtor's *Plan* is amended to correct an error in the definition of the term "Plan Distribution Date" in paragraph 1.19 of the Plan by removing the term "Class 10" and inserting the term "Class 9."

(2) Said *Plan*, including any amendments or stipulations previously approved by the Court in relation thereto, is hereby ***CONFIRMED.***

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Counsel for Debtor
    Debtor(s)