IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

NATALIA V. ZAVODCHIKOV  :  Case Number 14-20014 TPA
: Chapter 11
:
  *Debtor*  :  Document No. 134

### FINAL DECREE

*AND NOW*, this **23rd** day of ***April, 2015***, the Estate of the above named Debtor has been fully administered. Therefore,

It is hereby ***ORDERED, ADJUDGED and DECREED*** that the Chapter 11 case of the above-named Debtor is ***CLOSED***.

Thomas P. Agresti, Judge
United States Bankruptcy Court